IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PHYLLIS HARPER, | § |
| | § |
| Plaintiff, | § |
| | §  Civil Action No. 3:04-CV-2211-K |
| v. | § |
| | § |
| COMMISSIONER OF SOCIAL SECURITY, | § |
| | § |
| Defendant. | § |

### ORDER

After making an independent review of the pleadings, files and records in this case, the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, and the Notice to the Court that the Commissioner will not file objections to the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, the decision of the Commissioner is hereby **REVERSED** and that this case is **REMANDED** for to the Commissioner for further consideration.

SO ORDERED.

Signed this 10th day of April, 2007.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE